Jeana WISNESKY, Claimant/Appellant,

v.

RPR CORRESPONDENT CLEARING, Employer,

and

Treasurer of the State of Missouri as Custodian of the Second Injury Fund, Respondents.

No. ED 83499.

Missouri Court of Appeals, Eastern District, Division Three.

March 30, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 13, 2004.

Burton A. Librach, St. Louis, MO, for appellant.

John P. Kafoury, St. Louis, MO, for RPR Correspondent Clearing.

Dianna L. Bartels, St. Louis, MO, for Second Injury Fund.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Claimant, Jeana Wisnesky, appeals from the decision by the Labor and Industrial Relations Commission denying her workers' compensation benefits. The decision

is supported by competent and substantial evidence on the whole record. An opinion would have no precedential value. The parties have been provided with a memorandum for their information only setting forth the reasons for this order.

The decision of the Labor and Industrial Relations Commission is affirmed. Rule 84.16(b).